

11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
www.LiebowitzLawFirm.com

July 23, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/22/2021

**VIA ECF**

Honorable Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

APPLICATION GRANTED

*/s/ Katharine H. Parker/*

Hon. Katharine H. Parker, U.S.M.J.

07/22/2021

Re: *Heidi & Hans-Jurgen GBR v. Blue Label Solutions LLC,* 1:21-cv-02937 (LAK-KHP)

Dear Judge Parker:

We represent Plaintiff Heidi & Hans-Jurgen Gbr in the above-captioned case. We write to respectfully request that, in light of the Clerk's entry of default against Defendant Blue Label Solution LLC ("Defendant") [Dkt. No. 16], the Court adjourn the initial case management conference scheduled for August 3, 2021 *sine die* [Dkt. No. 12], and permit Plaintiff to file its motion for default judgment under Fed.R.Civ.P. 55(a)(2) within thirty (30) days.

1) the original date of the conference is August 3, 2021 at 11:30 a.m.;

2) no previous requests for an adjournment have been made;

3) no previous requests were granted or denied;

4) Defendant has defaulted and therefore does not consent nor oppose this request.

The requested adjournment does not impact any other scheduled dates.

Respectfully Submitted,

**s/jameshfreeman/**
James H. Freeman

*Counsel for Plaintiff*

