UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

**Heidi & Hans-Jürgen Koch GbR**,

        Plaintiff,                21-cv-2937 (LAK)(KHP)

  v.

**Blue Label Solutions LLC**,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

        Magistrate Judge Parker has informed the Court that the parties have reached a settlement. Accordingly, the case is dismissed with prejudice and without costs subject to right to reinstate by serving and filing a notice to that effect on or before January 21, 2022, if the settlement has not been consummated by then.

DATED: December 21, 2021

                                      /s/
                            _____
                              Lewis A. Kaplan
                         United States District Judge